## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JOHN A. LEIN,

        Plaintiff,

  v.                                  Case No. 06C0235

WAYNE F. WHITTOW, JOHN J. HEINEN
and DEBORAH MCCOLLUM,

        Defendants.

### ORDER

On February 24, 2006, plaintiff John A. Lein, a pro se litigant, filed this action alleging that his due process rights were violated when the City of Milwaukee began foreclosure proceedings against his property, and eventually took his property, without properly notifying him. On August 28, 2006, after conferring with the parties at a telephonic conference, I set a discovery and dispositive motion deadline of December 11, 2006. On November 7, 2006, plaintiff asked for additional time, and on December 4, 2006, I extended the discovery and dispositive motion deadline to December 30, 2006.

To date, neither party has filed a dispositive motion, neither party has requested an additional extension of the dispositive motion deadline and neither party has requested a conference for the purpose of scheduling a trial date.

**Therefore,**

**IT IS ORDERED** that the parties immediately confer with one another regarding the status of this case.

**IT IS FURTHER ORDERED** that the parties file a status report advising the court on how they would like to proceed with this case on or before **September 24, 2007**.

Dated at Milwaukee, Wisconsin this 11 day of September, 2007.

/s_____
LYNN ADELMAN
District Judge